UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

   Kwang Jin & Hye S. Choi          Case No. 08-64944-MBM
                                                        Honorable Marci B. McIvor
_____/    Chapter 7


NOTICE OF DIVIDENDS UNDER $5


TO THE CLERK OF THE COURT:

       The enclosed check in the amount of $17.09 represents the total sum of dividends under $5 in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The creditor name and claim number is as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Farm Bureau Insurance Co | 1 | $ .21 |
| Discover Bank | 3 | 1.46 |
| Discover Bank | 4 | 2.07 |
| Chase Bank USA NA | 6 | 2.99 |
| American Express Bank FSB | 11 | 1.70 |
| American Express Bank FSB | 12 | 1.02 |
| Verizon Wireless | 13 | .36 |
| eCAST Settlement Corp | 15 | 3.61 |
| GE Money Bank | 16 | 3.43 |
| GE Money Bank | 17 | .24 |

Date: November 1, 2011                        /s/   Homer W. McClarty
                                              Homer W. McClarty, Trustee (P26670)
                                              24400 Northwestern Highway
                                              Suite 204
                                              Southfield, MI 48075
                                              (248) 352-7686
                                              trustee@morganmcclarty.com